#129455 #106

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2011 APR 29 PM 3:02
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: ) Case Number: 10-30489

Mark A. Felty, ) Chapter 7

    Debtor. ) JUDGE RICHARD L. SPEER

## TRANSMITTAL OF UNCLAIMED FUNDS

Louis J. Yoppolo, Trustee of this estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and the Creditor's last known address is:

| Payee | Address | Amount |
|---|---|---|
| Discover Bank | DFS Services LLC<br>P.O. Box 3025<br>New Albany, OH 43054 | $3,314.96 |

2. Check number 106 in the amount of $3,314.96 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted.

3. Nothing further remains to be done in this case.

                                              Respectfully submitted,

Date: April 27, 2011                 /s/ Louis J. Yoppolo
                                             Louis J. Yoppolo, Trustee
                                             1200 Edison Plaza
                                             300 Madison Avenue
                                             Toledo, Ohio 43604-1556
                                             Phone: (419) 243-6281
                                             Fax: (419) 243-0129